IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH NESSER and KAREN NESSER, | ) |
| Plaintiffs, | ) ) ) |
| -vs.- | ) No. 3:14-cv-1367-SMY-SCW |
| ADVANCED COMPOSITES GROUP, et al., | ) ) ) |
| Defendants. | ) |

## **MOTION TO AMEND COMPLAINT**

NOW COMES the Plaintiffs, Kenneth Nesser and Karen Nesser, by and through their attorneys SHRADER & ASSOCIATES, L.L.P., and for their Motion to Amend Complaint state as follows:

1. Plaintiff seeks leave of Court to amend their Complaint to reflect the dismissals of various Defendants and to add the following defendants: Cytec Industries, Inc., as successor-in-interest to American Cyanamid Company; Pirelli, Inc., as successor-in-interest to Galite, Inc.; and E.V. Roberts as successor-in-interest to Cirrus.

2. The addition of this information is based on information recently obtained by Plaintiffs.

3. That this amendment will not delay the discovery process nor the trial.

4. That this amendment is made on a good-faith basis.

WHEREFORE, Plaintiff prays this Honorable Court enter an Order allowing them to file their First Amended Complaint.

.                                          Respectfully submitted,


                                           SHRADER & ASSOCIATES, L.L.P.


Dated:  April 16, 2015                     By:  /s/ ALLYSON M. ROMANI
                                           Allyson M. Romani
                                           IL Bar # 06283868
                                           22A Ginger Creek Parkway
                                           Glen Carbon, IL 62034
                                           (618) 977-5048
                                           (713) 571-9605 Facsimile

                                           ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2015, I electronically filed the foregoing and all referenced exhibits with the Clerk of the Court using the CM/ECF system.


                                            /s/ ALLYSON M. ROMANI
                                              Allyson M. Romani