IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH NESSER and KAREN NESSER,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ADVANCED COMPOSITES GROUP., et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>) Case No. 14-CV-1367-SMY-SCW<br>)<br>)<br>)<br>)<br>) |

# ORDER

**YANDLE, District Judge:**

　　Pending before the Court are Plaintiffs' Motion to Dismiss Defendant Ingersoll Rand Company (Doc. 291) and Plaintiffs' Motion to Dismiss Defendant Crane Co. (Doc. 292) pursuant to Federal Rule of Civil Procedure 41(a)(2). No remaining co-defendant objected within five (5) days of the filing of the motions. Accordingly, the Motions are **GRANTED** and the claims against Ingersoll Rand Company and Crane Co. are **DISMISSED without prejudice**.

　　IT IS SO ORDERED.

　　DATED:  October 2, 2015

　　　　　　　　　　　　　　　　　　　　　　s/ Staci M. Yandle
　　　　　　　　　　　　　　　　　　　　　　**STACI M. YANDLE**
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**